FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2020

No. 04-20-00425-CR

**EX PARTE DAVID DELGADO**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-1651-CV-A
Honorable Jessica Crawford, Judge Presiding

## O R D E R

After this court's records were updated to show this is an accelerated appeal, and no reporter's record was timely filed, this court advised the court reporter that the reporter's record was due to be filed with this court on September 28, 2020. *See* TEX. R. APP. P. 35.1, 37.3.

On the revised due date, court reporter Lori Schmid filed a notification of late record and asked for an additional ten days to complete the record.

The request is GRANTED. The reporter's record is due on October 8, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court